UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRIS JENSEN,                                                     PLAINTIFF

CASE NO: 4:16-CV-00842-KGB

APPLE VALI CREST NWA, LLC,                      DEFENDANT

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Chris Jensen, and Defendant, Apple Vali Crest NWA, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 3rd day of March 2017.

| | |
|---|---|
| Edward I. Zwilling, Esq. | E.B. Chiles IV, Esq. |
| ASB-1564-L54E | Quattelbuam, Grooms & Tull PPLC |
| Schwartz Roller & Zwilling | 111 Center Street, Suite 1900 |
| 600 Vestavia Parkway, Suite 251 | Little Rock, AR 72201 |
| Birmingham, Alabama, 35216 | Telephone: (501) 379-1734 |
| Telephone: (205) 822-2701 | Facsimile: (501) 379-3834 |
| Facsimile: (205) 822-2702 | Email: cchiles@qgtlaw.com |
| Email: ezwilling@szalaw.com | |
| | |
| By: */s/ Edward I. Zwilling* | By: */s/ E.B. Chiles* |
|      Edward I. Zwilling |      E.B. Chiles, IV |