# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRIS JENSEN                                                                                    PLAINTIFF

v.                              Case No. 4:16-CV-00842-KGB

APPLE VALI CREST NWA LLC                                                            DEFENDANT

## ORDER

Before the Court is plaintiff Chris Jensen and defendant Apple Vali Crest NWA LLC's stipulation of dismissal (Dkt. No. 2). The parties jointly request that this Court dismiss with prejudice this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause show, the Court adopts the joint stipulation (Dkt. No. 2). This action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees. The Court will retain jurisdiction to enforce the settlement agreement entered into between the parties.

So ordered this 25th day of June, 2018.

                                                               Kristine G. Baker
                                                               United States District Judge